

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

August 14, 1961

Honorable J. W. Edgar      Opinion No. WW-1112
Commissioner of Education
Austin, Texas      Re: Authority of the Legis-
                                     lature to provide an oper-
                                       ating fund for the Central
                                       Education Agency in the
                                       General Appropriation Act
                                       and to have transferred
                                       thereto monies in the Text-
Dear Mr. Edgar:      book Fund.

Your request for an opinion reads as follows:

"Under the proposed and current draft of the
Free Conference Appropriation Bill for the
coming biennium there is a provision that
the Central Education Agency may create a
Operating Fund in the State Treasury and
transfer funds for administration to such
Operating Fund.

"On July 3, 1961, the State Board of Educa-
tion pursuant to Section 3 of Article VII,
Constitution of Texas, and Articles 2867,
2868 and 2869, V.C.S., set aside and allo-
cated out of the State Available Fund for
the next biennium $10,023,190 for textbooks
and administration commonly referred to as
the State Textbook Fund.

"In the biennium beginning September 1, 1961,
this Agency is contemplating the creation of
an Operating Fund in the State Treasury and
transferring to such Fund for State textbook
administration such sums from the State Text-
book Fund as shall be approved and directed
for State textbook administration purposes
by the State Board of Education.

"In his letter dated July 19, 1961, the Of-
fice of Comptroller of Public Accounts has
advised, in substance, that such contem-
plated transfer will be made if the Attorney

General will express in an opinion that such
a transfer legally can be made.

"It will be appreciated if your office will
render an opinion in this matter as will
serve to authorize the Comptroller when di-
rected to make a transfer to an Operating
Fund for this Agency of State Textbook Funds
for the State textbook administration."

The Legislature has the authority to create operating
funds as an efficient method of carrying out the purposes
for which special funds are created. Attorney General's
Opinions WW-554 (1959), WW-557 (1959) and WW-573 (1959).

Section 3 of Article VII of the Constitution provides
in part as follows:

". . . it shall be the duty of the State
Board of Education to set aside a sufficient
amount out of the said tax to provide free
text books for the use of children attending
the public free schools of this State; . . ."

Article 2867, Vernon's Civil Statutes, provides as fol-
lows:

"In order to carry out the provisions of
this Act the State Board of Education shall
annually at a meeting designated by them each
year, set apart out of the available free
school fund of the State an amount sufficient
to purchase and distribute the necessary school
books for the use of the pupils of this State
for the scholastic year ensuing."

Article 2868, Vernon's Civil Statutes, provides as fol-
lows:

"The State textbook fund of this State
shall consist of the fund set aside by the
State Board of Education from the available
school fund as is provided for in this Act,
together with all funds accruing from the
sale of disused books and all moneys derived
from the purchase of books from boards of

school trustees by private individuals, by
schools, or from any other source."

Article 2869, Vernon's Civil Statutes, provides in part
as follows:

". . . Funds transferred in the text-
book fund shall remain permanently in this
fund until expended, and shall not lapse to
the State at the close of the fiscal year.
. . ."

The proposed creation of an operating fund in the State
Treasury and transferring to such fund for State textbook
administration purposes of such sums from the State Textbook
Fund as shall be approved and directed for State textbook
administration purposes by the State Board of Education is
carrying out the explicit provisions of Section 3 of Article
VII of the Constitution of Texas and Articles 2867, 2868 and
2869, Vernon's Civil Statutes, to-wit:  that the State Text-
book Fund shall be used "to provide free text books for the
use of children attending the public free schools of this
State."

Attorney General's Opinion O-561 (1939) holds that Sec-
tion 3 of Article VII of the Constitution of Texas does not
confer upon the State Board of Education the power to control
the expenditure of the State Textbook Fund, rather the Legis-
lature has the authority and, therefore, the Textbook Fund
is subject to the provisions of the General Appropriation Act;
provide, of course, that it is expended for the purpose of
acquiring textbooks and paying all necessary costs relating
thereto in administering such Fund.

It is our opinion that it is within the discretion of
the Legislature to determine the method of expending the State
Textbook Fund for the purpose of providing free textbooks.
The creation of an operating fund in the State Treasury and
transferring to such fund for State textbook administration
purposes sums from the State Textbook Fund constitutes a
method of carrying out the provisions of Section 3 of Article
VII of the Constitution of Texas.  The creation of the oper-
ating fund is therefore a constitutional exercise of legis-
lative power.

You are, therefore, advised that the Comptroller of Public
Accounts is authorized to make the transfers outlined in your

request to an operating fund, provided the Legislature creates such operating fund by appropriate language in the General Appropriation Act.

### S U M M A R Y

The Legislature is authorized to provide in the General Appropriation Act for the creation of an operating fund for the Central Education Agency and direct the Comptroller of Public Accounts to transfer to such operating fund for State textbook administration purposes such sums from the State Textbook Fund as shall be approved and directed for State textbook administration purposes by the State Board of Education.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John Reeves
    John Reeves
    Assistant

JR:ms

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Ben M. Harrison
Sam Lane
Ralph R. Rash
I. Raymond Williams, Jr.

REVIEWED FOR THE ATTORNEY GENERAL
By: Houghton Brownlee, Jr.